IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WILL JESTER and ELLIE JESTER<br><br>Plaintiff,<br><br>v.<br><br>INNOPOWER, INC., ACADEMY LTD. d/b/a ACADEMY SPORTS + OUTDOORS , JOHN DOE CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-00104-CDL |

## CONSENT ORDER

The parties filed a consent motion to substitute Academy, Ltd. d/b/a Academy Sports + Outdoors as the proper defendant in place of Academy Sports and Outdoors, Inc. d/b/a Game Winner. The motion (ECF No. 27) is granted.

Academy, Ltd. d/b/a Academy Sports + Outdoors shall be substituted as Defendant in lieu of Academy Sports and Outdoors, Inc. d/b/a Game Winner. The caption shall be amended to reflect that Academy, Ltd. d/b/a Academy Sports + Outdoors is the proper Defendant. Plaintiffs need not file an Amended Complaint or Summons to reflect this substitution, and Defendant Academy, Ltd. d/b/a Academy Sports + Outdoors need not file any further Answer. The previously filed Complaint by Plaintiffs naming Academy Sports and Outdoors, Inc. d/b/a Game Winner shall

1

be deemed the Complaint against Academy, Ltd. d/b/a Academy Sports + Outdoors. The previously filed Answer of Academy Sports and Outdoors, Inc. d/b/a Game Winner shall be binding on Academy, Ltd. d/b/a Academy Sports + Outdoors. Defendant Academy, Ltd. d/b/a Academy Sports + Outdoors has waived any defense based on service of process or insufficiency of process, and the Complaint does not have to be served on the new defendant.

**IT IS SO ORDERED**, this 17th day of November 2025.

S/Clay D. Land
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA