IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

|  |  |
|---|---|
| WILL JESTER and ELLIE JESTER,<br><br>Plaintiffs,<br><br>v.<br><br>INNOPOWER, INC., ACADEMY LTD. d/b/a ACADEMY SPORTS + OUTDOORS, JOHN DOE CORPORATION,<br><br>Defendants. | Case No. 3:25-CV-00104-CDL<br><br>U.S. District Judge Clay D. Land |

**DECLARATION OF MIGUEL LOZADA IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS DUE TO PLAINTIFFS' SPOLIATION OF CRITICAL EVIDENCE**

I, Miguel Lozada, hereby affirm in support of Defendants', INNOPOWER, INC., and ACADEMY LTD. d/b/a ACADEMY SPORTS + OUTDOORS (collectively "Defendants") Memorandum In Support of Motion For Sanctions Due To Plaintiffs' Spoliation of Critical Evidence:

1.      I am an attorney admitted to practice before the Courts of the State of New York and the Southern and Eastern Districts of New York, and am admitted *pro hac vice* before this honorable Court. I am fully familiar with the facts and circumstances of this case, have reviewed the materials referenced herein, and submit this Declaration in support of Defendants' Motion for Sanctions Due to Plaintiffs' Spoliation of Critical Evidence.

1

2. Attached hereto as **Exhibit A** are true and correct excerpts from the deposition transcript of Plaintiff, Will Jester, taken on March 27, 2026.

3. Attached hereto as **Exhibit B** are true and correct excerpts from the deposition transcript of Plaintiff's cousin, Cody Durden.

4. Attached hereto as **Exhibit C** are true and correct excerpts from the deposition transcript of Plaintiff's cousin, Joseph Dukes.

5. Attached hereto as **Exhibit D** are true and correct excerpts from the deposition transcript of Plaintiff Will Jester's mother, Wanda Kelly.

6. Attached hereto as **Exhibit E** are true and correct excerpts from the deposition transcript of Jarrett Waters.

7. Attached hereto as **Exhibit F** are true and correct excerpts from the deposition transcript of Dr. Kenya Oduor.

8. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' expert report of Jarrett Waters.

9. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' expert report of Dr. Kenya Oduor.

10. Attached hereto as **Exhibit I** is a true and correct copy of the expert report of George Saunders.

11. Attached hereto as **Exhibit J** is a true and correct copy of the photographs taken by Plaintiff's cousin, Cody Durden, depicting the subject Hang-

2

on Tree Stand following the alleged incident.

12.    Attached hereto as **Exhibit K** is a true and correct copy of the Owner's Manual and Instructions for the Game Winner Oversized EZ Set Hang-on Tree Stand, Model No. 161732.

13.    Attached hereto as **Exhibit L** are true and correct exemplar photographs depicting the Hang-on Bracket Assembly, Cam Strap, and associated warning labels referenced in the expert reports of Dr. Kenya Oduor and George Saunders.

14.    Attached hereto as **Exhibit M** are true and correct excerpts from the deposition transcript of Plaintiff, Will Jester, taken on April 1, 2026.

15.    I hereby certify that Defendants are in full compliance with Local Rule 5.1. No disclosures or discovery materials subject to Fed. R. Civ. P. 26(a)(1) or (2), including depositions, interrogatories, requests for production, or requests for admission, have been filed except to the extent they have been used in connection with these proceedings.

16.    Pursuant to 28 U.S.C. Sec. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 16, 2026

Respectfully submitted,

3

x _____

Miguel Lozada, ESQ
(*Admitted Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th FL
New York, N.Y. 10004
(212) 453-0765 (Telephone)
mlozada@grsm.com
*Counsel for Defendants INNOPOWER,*
*INC., ACADEMY LTD. d/b/a ACADEMY*
*SPORTS + OUTDOORS*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day of July 16th, 2026, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**CONN LAW, LLC**
ANDREW J. CONN
Georgia Bar No. 732541
Post Office Box 8031
Savannah, Georgia 31412
(912) 373-8642 (phone)
(912) 210-5170 (fax)
andy@connlawfirm.com
Attorney for Plaintiffs

**WADE GRUNBERG & WILSON, LLC**
JONATHAN D. GRUNBERG
Georgia Bar No. 869318
729 Piedmont Avenue NE
Atlanta, GA 30308
(404) 445-8363 (tel)
(470) 970-4303 (fax)
jgrunberg@wgwlawfirm.com
Attorney for Plaintiffs

Dated: July 16, 2026

Respectfully submitted,

X _____

Miguel Lozada, ESQ

(*Admitted Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th FL
New York, N.Y. 10004
(212) 453-0765 (Telephone)
mlozada@grsm.com
*Counsel for Defendants INNOPOWER,*
*INC., ACADEMY LTD. d/b/a ACADEMY*
*SPORTS + OUTDOORS*

6