CODY DURDEN                                      JOB NO. 2601974
APRIL 09, 2026

correct?

THE REPORTER:  Thank you.

MR. LOZADA:  Yep.

BY MR. LOZADA:

Q.  This is just for the purposes of the record.  So the last photograph of the set on Defense Exhibit 3 is going to be Jester 06 -- 06843.  Well, let me slow down while I'm scrolling up.  Mr. Durden, did you take these photographs?

A.  I would say yes.  I think they were ones I took, all of them.

Q.  And I'm going to scroll to this photograph.  Is that you in the photograph here?

A.  Yes.

Q.  What was that?

A.  Yes.

Q.  Okay.  And these photographs were taken approximately on August 27th, 2023?

A.  I think that is correct.

Q.  And I went back to the Defense Exhibit 2 that has the date on it from the other program.

A.  Yeah, I remember one of them had that date that's why I said yes.  Most likely that's the day.

Q.  So, I'm going back to Defense Exhibit 3, starting from the top.  And the stick ladder as well as the tree stand and the straps were undisturbed prior to you taking these

A.    I would guess it was closer to midnight.

Q.    When was the first time, after the subject incident and after the hospital, that you saw Will again?

A.    I feel like I saw him for the first time the next day.  I -- I think I let his brothers and all of them go see him the first day.

Q.    And it looked like you went to go visit him at Shepherd Center at some point, correct?

A.    Yes.  Multiple times.

Q.    How often would you go see him?

A.    I don't remember exactly.  I think some weeks we went multiple times.

Q.    Did there ever come a time where you removed the tree stand after the incident occurred?

A.    Yes.  Well, me and Joseph went together.  I think he is actually the one that took it down.

Q.    Do you approximate -- do you know what exactly when that was?

A.    I do not.

Q.    Can you give like an approximate range when that occurred?

A.    I honestly do not remember.  I would guess, maybe, six months or so.  I mean, it was a little while, I feel like, before.

Q.    So approximately six months, could be longer?

A.    Yeah.

Q.    So, my questions are going to be mainly specifically towards the tree stand itself.  All right, so you said Joseph takes -- removes the -- was it the hang on bracket or the stand itself and the seat?

A.    Pretty sure it was both pieces.

Q.    So, he took it all -- he took it all down in one shot?

A.    Yeah, that one trip.

Q.    Did he go up and down multiple times?

A.    I don't remember to be 100 percent honest. I mean, it wouldn't have been but two trips I would say at the most.  One time to bring the stand down and then go back and release the pieces the stand hangs on.

Q.    Did he hand you any of the pieces at all while removing it?

A.    I would assume yes, but to say 100 percent, I'm not sure.

Q.    Was he wearing his harness at this time?

A.    I think he wore his harness.  He's very good about wearing -- well, lineman belt, that's what he likes to wear.

Q.    And Joseph does that, was that pre-incident excuse me, let me ask again.  Does Joseph use his lineman's belt all the time while hunting prior to the incident as well or just

post-incident?

A.   Yeah, prior also.  He used a lineman belt when hanging stands?

Q.   Do you know why?

A.   He's a lot more comfortable with it.

Q.   What do you mean by that?

A.   Safer.  I mean, it's more comfortable to your body while doing it.  Like, while you're hanging you can relax a little bit while you're hooked to it.

Q.   All right.  So once the -- both pieces are removed from the tree, what, if anything, did you guys do next?

A.   Went back to the truck with it and left, I think. I don't think we did anything else that day that I can remember.

Q.   Did you put it in any sort of container?

A.   I think we put it in the back of the truck in the bed.

Q.   How did you transport the tree stand and the straps from the subject location back to your truck?

A.   I honestly don't remember.  I would assume we were on a four-wheeler or side-by-side, but I'm not 100 percent.

Q.   All right.  Once it's in your truck, where did you take the -- where did you take the subject tree stand and the straps?

A.   To my house.

Q.   And is that the same location you're at now?

A.    Yes.

Q.    Where did you put it exactly?

A.    Put it on the front porch for Will's mom to pick up.

Q.    And that would be Wanda Kelly?

A.    Correct.

Q.    What did Wanda Kelly communicate to you about the tree stand on the day you picked it up?

A.    I don't think I talked to her the day we picked it up.  And I wasn't here when she picked it up from the house, I don't think.  I don't recall being here when she picked it up.

Q.    And did you provide her with all the pieces that you collected on the day of the subject incident?  I'm sorry.  Withdrawn.  That's a bad question.  I meant, did you provide Ms. Kelly with all the pieces that you collected on the day you removed it from the tree?

A.    Yes.  If I recall correctly, what we took down, I put on the front porch for her to pick up.

Q.    Okay.  Did you take any photographs on the day you removed the tree stand?

A.    I don't remember, honestly.

Q.    Do you know if Joseph took any photographs?

A.    It's possible.  I don't -- I'm not sure.

Q.    On the day you got back to remove the subject tree stand, did you observe any issues with the stick ladder at

that point?

A.   I mean, not that I recall.  I didn't even climb it to take it down.  You know, I was -- I'm pretty sure I just stayed on the ground.

Q.   Did it appear stable when Joseph was climbing it on the day you removed the tree stand?

A.   The ladder, yes.

Q.   But going back to the day of the subject incident, would you say that the tree stand was installed correctly?

A.   I would assume he installed it, you know, like we always have, correctly secured.  But I don't know if something happened.

Q.   And do you know if Will had the straps used to install the tree stand?  Do you know if they were tight to the tree?

A.   I can't say one way or another.  I don't -- I don't know.  I would assume we done too many times, you know, to think he would have left the strap undone.  But I didn't climb up there and I don't know.

Q.   Did you observe Will testing the straps at all prior to stepping onto the tree stand?

A.   I don't recall, you know, specifically seeing.  But, you know, typically when we tighten the straps, you grab the stand, you know, kind of pull on it to make sure it don't