

JESTER06841



JESTER06842



JESTER06843



JESTER06833



JESTER06834



JESTER06835



JESTER06836



JESTER06837



JESTER06838



JESTER00039



JESTER06840