













170 180 160 150 140 130 120 110 100 90 80 70 60 50 40 30 20 10
20 30 40 50 60 70 80 90 100 110 120 130 140 150 160

SC0424

10 9 8 7 6 5 4 3 2 1 inch

5 4 3 2 1 MM CM

FISKARS®

Ratchet Strap with J Hooks for GW Hang On (161732) and Bracket (162984) and Deluxe EZ Set Hang On Stand (169497)
Date Code: 080124

**WARNING!**
•NEVER USE THIS RATCHET STRAP ON OTHER STYLE TREESTANDS, CLIMBING STICKS OR LADDERSTANDS.
•ONLY USE THIS STRAP FOR ITS INTENDED PURPOSE TO ATTACH GW HANG-ON BRACKET TO TREE.
•NEVER USE THIS STRAP FOR ANY OTHER PURPOSE.
•Never exceed treestand maximum load capacity of 300lbs.
•Read and follow all included warnings & instruction manuals and use all required safety devices including full-body fall arrest system (FAS) before installing/

removing/using this product.

• Immediately discontinue use and replace if damage or wear is present.

• Discard and replace strap after two years from date code shown above.

• Always attach J-Hook or bracket facing away from tree as shown installed below.

• Do not remove this warning label.

FAILURE TO FOLLOW THESE WARNINGS CAN RESULT IN SERIOUS INJURY OR DEATH!

Questions? Call 949-262-3416

Email: customerservice@innopower.biz

Innopower Inc.

Made in China

Climbing Strap and Harness Instructions & Warnings to install, use and remove this product!

-Always use full body harness w/ lineman's climbing strap to install, use or remove this product.

-Always attach bracket level on tree and post facing up.

-Always attach and tighten locking knob to both hanging on and bracket and install secondary cam buckle strap before stepping onto platform or using...

